NICHOLAS S. CHRISOS, COUNTY COUNSEL
WENDY J. PHILLIPS, SENIOR DEPUTY – State Bar No. 178452
and ELIZABETH PEJEAU, DEPUTY -- State Bar No. 210299
333 West Santa Ana Boulevard, Suite 407
Post Office Box 1379
Santa Ana, California  92702-1379
Telephone:  (714) 834-6298
Facsimile:  (714) 834-2359
Email: wendy.phillips@coco.ocgov.com

Attorneys for Defendants

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. FITZGERALD,<br><br>             Plaintiff,<br><br>      v.<br><br>ORANGE COUNTY; BILL CAMPBELL, in his official and individual capacities; JOHN MOORLACH, in his official and individual capacities; JANET NGUYEN, in her official and individual capacities; JAMES C. PENA, in his official and individual capacities,<br><br>             Defendants. | Case No. SACV 11-01355 JVS (MLGx)<br>Judge: Hon. James V. Selna<br><br>**JUDGMENT** |

This action came on for trial by the Court, on August 22, 2012, Honorable James V. Selna, District Judge Presiding.  The testimony and evidence presented having been fully considered, Judge Selna rendered a ruling from the bench on August 28, 2012, making findings of fact and conclusions of law.

Summary Judgment had been previously granted by written ruling of the Court, in part, in favor of Defendants as follows:

(1) All claims against the individual defendants;

(2) The federal and state constitutional challenges "as applied" to Mr. Fitzgerald.

//

1  The remaining issues having been duly heard and a decision having been duly
2  rendered, IT IS ORDERED, ADJUDGED and DECREED, that Judgment be entered in
3  favor of Defendants; the Plaintiff take nothing; the action is dismissed; and that Defendants
4  are the prevailing parties as defined by Local Rule 54-2.2.

6  **IT IS SO ORDERED.**

8  DATED: _September 21, 2012_____

                                             UNITED STATES DISTRICT JUDGE

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

# CERTIFICATE OF SERVICE

I do hereby declare that I am a citizen of the United States employed in the County of Orange, over 18 years old and that my business address is 333 W. Santa Ana Blvd., Suite 407, Santa Ana, California 92702-1379. I am not a party to the within action.

I hereby certify that I caused the foregoing **[PROPOSED] JUDGMENT** to be served on September 7, 2012, upon all counsel of record listed below by electronic filing utilizing the U.S.D.C.'s CM/ECF:

Attorneys for Plaintiff:

Bardis Vakili
Belinda Escobosa Helzer
Lucero Chavez
ACLU Foundation of Southern California
2100 N. Broadway, Suite 209
Santa Ana, CA 92706
714-450-3962 (phone)
714- 543-5240 (fax)
bvakili@aclu-sc.org
bescobosahelzer@aclu-sc.org
LChavez@aclu-sc.org

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed in Santa Ana, California this 7th day of September, 2012.

/s/
Anthony Lievanos